■ In the Matter of TAMMY M. SCHULTZ, Appellant, v CHRISTOPHER E. LUBINSKAS, Respondent. [714 NYS2d 240] —In a child custody proceeding pursuant to Family Court Act article 6, the mother appeals, as limited by her brief, from so much of an order of the Family Court, Orange County (Bivona, J.), entered January 20, 2000, as, after a hearing, awarded custody of the parties' two infant children to the father.

Ordered that the notice of appeal from a decision dated January 7, 2000, is deemed a premature notice of appeal from the order (see, CPLR 5520 [c]); and it is further,

Ordered that the order is affirmed insofar as appealed from; and it is further,

Ordered that the respondent is awarded one bill of costs.

Contrary to the appellant's contention, the Family Court's determination that the interests of the children were best served by awarding custody to the father is supported by the record (see, Eschbach v Eschbach, 56 NY2d 167).

The appellant's remaining contention is unpreserved for appellate review. Ritter, J. P., Santucci, Altman and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRADFORD APPLEGATE, Appellant. [714 NYS2d 236] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 21, 1991 (People v Applegate, 176 AD2d 888), affirming a judgment of the County Court, Nassau County, rendered August 1, 1989.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see, Jones v Barnes, 463 US 745). Mangano, P. J., Santucci, Thompson and S. Miller, JJ., concur.